IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No.3:93-CR-235-02

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| GALE LEE OLIVER, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion for Modification of Fine. Defendant requests that his fine of $100,000 be reduced to $3,000, because he does not have the financial means to pay. However, 18 U.S.C. § 3573 only permits the Government to move for modification of a defendant's fine. *United States v. Muncy*, No. 05-6233, 2005 WL 1526321, *1 (4th Cir. June 29, 2005) (per curiam); *United States v. Linker*, 920 F.2d 1, 2 (7th Cir. 1990). The Government objects to Defendant's request to modify. Accordingly, Defendant's Motion is DENIED.

SO ORDERED, this 20 day of August, 2007.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE